UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20716-CR-LENARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAYAMI ROCAMONDE,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge John J. O'Sullivan, on October 18, 2011. A Report and Recommendation filed on October 27, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge John J. O'Sullivan, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of November, 2011.

```
                                   _____
                                   JOAN A. LENARD
                                   UNITED STATES DISTRICT JUDGE
```

Copied: Magistrate Judge John J. O'Sullivan
        Counsel of record